**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

AJANI POSEY,                 :   No. 21 MAP 2026

           Appellant           :

                     :

            v.                  :

                     :

KATHY BRITTAIN, COURTNEY SCHAEFFER,   :
KELLY SHELUGA, AND MS. CINTRON,       :

                     :

           Appellees          :

## ORDER

**PER CURIAM**

    **AND NOW,** this 21st day of April, 2026, the Notice of Appeal is QUASHED, as the Commonwealth Court's order is not final or immediately appealable. *See* Pa.R.A.P. 341(b) (definition of a final order); Pa.R.A.P. 311, Note (specifying that an appeal as of right under Rule 311(c) does not extend to transfer orders under 42 Pa.C.S. § 5103).